

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Connor Hepner,                     * From the 318th District Court
                                         of Midland County,
                                         Trial Court No. FM62416.

Vs. No. 11-18-00006-CV           * March 30, 2018

Erin Renee Hepner,                * Per Curiam Memorandum Opinion
                                         (Panel consists of: Willson, J.,
                                         Bailey, J., and Wright, S.C.J.,
                                         sitting by assignment)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The cost incurred by reason of this appeal are taxed against Connor Hepner.